IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TODD LOPEZ, as Personal
Representative of the ESTATE
OF JOSE OCHOA, Deceased,
JACQUELINE GARCIA,
Individually and as Next Friend
of K.O. and D.O.,

      Plaintiffs,

v.

HILTON SANTA FE BUFFALO
THUNDER A/K/A BUFFALO
THUNDER RESORT AND CASINO,
A/K/A BUFFALO THUNDER CASINO;
et al.,

      Defendants.

No. 1:24-cv-00332-KG-JMR

STIPULATED ORDER
GRANTING PLAINTIFFS'
MOTION TO REMAND

THIS MATTER came before the Court on the Stipulation of Plaintiffs and Defendants agreeing to remand of this case to the First Judicial District Court, Santa Fe County, New Mexico.

The Court, having reviewed the parties' Stipulation and being otherwise fully advised, orders as follows:

1. Plaintiffs' Motion to Remand is GRANTED; and

2. This matter is hereby remanded to the First Judicial District Court, Santa Fe County, State of New Mexico. The Clerk of Court is directed to remand No. 1:24-cv-00332-KG-JMR back to the First Judicial District Court, Santa Fe County, State of New Mexico, and to then close No. 1:24-cv-00332-KG-JMR.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

**Stipulated to and Submitted by:**

*/s/ Philip M. Kovnat*
Justin R. Kaufman
Philip M. Kovnat
**DURHAM, PITTARD AND SPALDING LLP**
505 Cerrillos Road, Suite A209
Santa Fe, NM 87501
Telephone: (505) 986-0600
Facsimile: (505) 985-0632
jkaufman@dpslawgroup.com
pkovnat@dpslawgroup.com

Stuart R. White
Kevin W. Liles
**LILES WHITE PLLC**
500 N. Water Street, Suite 800
Corpus Christi, TX 78401
Telephone: (361) 826-0100
Facsimile: (361) 826-0101
stuart@lileswhite.com
kevin@lileswhite.com

*Attorneys for Plaintiffs*


*/s/ Ripley B. Harwood*
Ripley B. Harwood, Esq.
**RIPLEY B. HARWOOD, P.C.**
6565 Americas Parkway N.E., Suite 200
Albuquerque, NM 87110
Telephone: (505) 480-8473
Ripharwoodrbhpc@gmail.com

*Attorneys for Removing Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing instrument will be served on all counsel via the e-filing system on this the 17th day of April, 2024.

*/s/ Philip M. Kovnat*
Philip M. Kovnat